# CRIMINAL COMPLAINT
(Electronically Submitted)

| **United States District Court** | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Francisco Castro-Ruiz**<br>YOB: 1963; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-00543MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and 1325(a)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Count 1: On or about April 16, 2025, at or near Three Points, in the District of Arizona, **Francisco Castro-Ruiz**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Calexico, California on November 16, 2017, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

Count 2: On or about April 16, 2025, at or near Sasabe, in District of Arizona, **Francisco Castro-Ruiz**, an alien, did unlawfully enter the United States of America from Mexico, at a time or place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Francisco Castro-Ruiz** is a citizen of Mexico. On November 16, 2017, **Francisco Castro-Ruiz** was lawfully denied admission, excluded, deported and removed from the United States through Calexico, California. On April 16, 2025, agents found **Francisco Castro-Ruiz** in the United States at or near Three Points, Arizona without the proper immigration documents. **Francisco Castro-Ruiz** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Furthermore, **Francisco Castro-Ruiz** admitted to illegally entering the United States of America from Mexico on or about April 16, 2025, at or near Sasabe, Arizona at a time or place other than as designated by immigration officials.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| *DETENTION REQUESTED*<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Carlo A. Moreno<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE | DATE<br>April 18, 2025 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54
   Reviewing AUSA: Hopkins